UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In re:                                              Case No.: 19-70054-SCS
Melinda B. Liston,                                  Chapter 13
    Debtor.

### NOTICE OF CONVERSION
### FROM CHAPTER 13 TO CHAPTER 7

**NOW COMES** the debtor, by counsel, and gives Notice, pursuant to 11 USC 1307(a) and Bankruptcy Rule 1017(f)(3), that the bankruptcy petition filed in this matter be converted from Chapter 13 to Chapter 7 for the debtor.

                              Melinda B. Liston

                              By: /s/ Michael J. Heath
                              Michael J. Heath
                              Debtor's Counsel

### CERTIFICATE OF SERVICE

I hereby certify that, on February 4, 2019, the foregoing Motion —
a. was served by U.S. Mail, postage pre-paid to the persons listed on the attached mailing matrix; and/or
b. was electronically filed with the Clerk of Court using the CM/ECF system, which will send e-mail notice/service of such filing those who are currently listed on the Electronic Mail Notice List for this Case.

Date: February 4, 2019                           /s/ Michael J. Heath
                                                              Michael J. Heath
                                                              Counsel for the Debtor

Michael J. Heath, Esquire
VSB No.: 40993
Law Office of Michael J. Heath
575 Lynnhaven Parkway, Suite 180
Virginia Beach, Virginia 23452
Telephone (757) 431-8665

American InfoSource LP
PO Box 71083
Charlotte, NC 28272-1083


Bayview Medical Center
P.o. Box 7068
Portsmouth, VA 23707-0068


Capital One Bank (USA), N.A.
1680 Capital One Drive
McLean, VA 22102


Commonwealth of Virginia
Department of Taxation
PO Box 1880
Richmond, VA 23218-1880


Commonwealth of Virginia
Department of Taxation
PO Box 1115
Richmond, VA 23218-1115


Commonwealth Trustees, LLC
8601 Westwood Center Drive, Suite 255
Vienna, VA 22182


Cox Communications Inc
P.o. Box 9001087
Louisville, KY 40290-1087


David Liston
414 Granada Drive
Chesapeake, VA 23322


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Insolvency Units
400 N. 8th Street, Box 76
Richmond, VA 23240

```
Mr. Cooper
Attn: Bankruptcy Dept
PO Box 619096
Dallas, TX 75261-9741


Nationstar Mortgage, LLC dba Mr. Cooper
8950 Cypress Waters Blvd.
Coppell, TX 75019


Northland Group
P.o.box 390846
Minneapolis, MN 55439


Rosenberg & Associates, LLC
8601 westwood Center Drive, Suite 255
Vienna, VA 22182


Sentara Collections
535 Independence Parkway, Suite 700
Chesapeake, VA 23320


Southern Bank and Trust Company
100 North Center Street
Mount Olive, NC 28365


Verizon
P.o.box 15124
Albany, NY 12212-5124
```