IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| IN RE:<br><br>MELINDA B. LISTON<br>AKA MELINDA ANN BAXTER LISTON<br><br>  Debtor | Case No. 19-70054-SCS<br>Chapter 7<br><br><br>Motion No. |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-QO6<br><br>  Movant<br>v.<br><br>MELINDA B. LISTON<br>AKA MELINDA ANN BAXTER LISTON<br><br><br>and<br><br>TOM C. SMITH, CHAPTER 7 TRUSTEE<br><br>  Respondents | |

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

Nanita O. Cornish, Esq.
VA Bar #: 46769

File Number: 47598

### **Consent Order Terminating Automatic Stay**

    Upon consideration of the Movant's Motion Seeking Relief from the Automatic Stay, the parties having reached an agreement, and good cause having been shown, it is by the United States Bankruptcy Court for the Eastern District of Virginia

    ORDERED that the Automatic Stay be, and it is hereby, terminated pursuant to 11 U.S.C. Section 362(d), to permit Movant to commence foreclosure

Page 1

proceeding against the real property and improvements with a legal description of "All that certain lot, piece or parcel of land, with the buildings and improvements thereon, numbered 414 Granada Drive, situate lying and being in the City of Chesapeake, Virginia, known, numbered and designated as Lot 13, as shown on that certain plat entitled "Subdivision of Las Gaviotas, Phase One, Section Three-A, Pleasant Grove Borough, Chesapeake, Virginia," made by Hassell & Folkes, P.C., Surveyors and Engineers, which said plat is duly recorded in the Clerk's Office of the Circuit Court of the City of Chesapeake, Virginia, in Map Book 80, page 27. Subject to easements and restrictions of record and to real estate taxes and assessments, general and special if nay, which are a lien upon the premises, but not yet due and payable, which Grantees herein expressly assume and agree to pay." also known as 414 Granada Drive, Chesapeake, VA 23322 and to allow the successful purchaser to obtain possession of same and be it further

ORDERED that the Automatic Stay of 11 U.S.C. Section 362 shall not be reimposed as to the Debtor's interest, by the conversion of this case to a case under any other chapter of the Bankruptcy Code.

Date: Mar 16 2019 _____

/s/ Frank J. Santoro
_____
United States Bankruptcy Judge

Entered on Docket: Mar 18, 2019

I ask for this:

/s/ Nanita O. Cornish, Esq.
Nanita O. Cornish, Esq.
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
VA Bar No. 35273
301-907-8000

Seen and consented to:

/s/ Tom C. Smith_____
Tom C. Smith
Chapter 13 Trustee

/s/ Michael J. Heath, Esq._____ \_
Michael J. Heath, Esq.
Counsel for Debtor

Rosenberg &
Associates, LLC
4340 East West
Highway, Suite 600
Bethesda, MD 20814

Nanita O. Cornish, Esq.
VA Bar #: 46769

File Number: 47598

Page 2

Rosenberg &
Associates, LLC
4340 East West
Highway, Suite 600
Bethesda, MD 20814

Nanita O. Cornish, Esq.
VA Bar #: 46769

File Number: 47598

## Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Nanita O. Cornish, Esq.
Nanita O. Cornish, Esq.

**PARTIES TO RECEIVE COPIES**

Nanita O. Cornish, Esq., Esquire
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

Tom C. Smith
Trustee
P.O. Box 1506
Virginia Beach, VA 23451

Michael J. Heath, Esquire

Melinda B. Liston
AKA Melinda Ann Baxter Liston
414 Granada Drive
Chesapeake, VA 23322